IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES M. MALARIK, | ) | |
| | ) | Civil Action Nos. 21-194, 21-779, 21-780, |
| Plaintiff, | ) | 21-839, 21-855 |
| | ) | |
| v. | ) | |
| | ) | District Judge William S. Stickman |
| BEAVER COUNTY JAIL | ) | Magistrate Judge Lisa Pupo Lenihan |
| ADMINISTRATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

Since the closure of the above referenced cases, Plaintiff has submitted numerous filings to the Court. These filings have been largely, if not entirely, indecipherable. As best the Court can tell, most appear to be pages filled with columns of names and sometimes phone numbers and addresses. Because the Court has not been able to discern any specific requests in the filings, the Clerk has been docketing the filings as correspondence. Plaintiff is hereby warned that the Clerk will no longer docket his filings in these cases if they are indecipherable and not in the form of a motion or other appropriate pleading. All pleadings and motions must contain a caption with the Court's name and the case number and must also contain a heading with the title of the pleading or with the specific relief that he is seeking. As such, the following order is now entered:

**AND NOW**, this 20th day of October, 2021,

1

**IT IS HEREBY ORDERED** that at the Court's direction the Clerk of Court will be instructed to return to Plaintiff any filing that is not in compliance with this Order and to note such return on the docket.

Lisa Pupo Lenihan
United States Magistrate Judge

Cc:  James M. Malarik
    20-01343
    Beaver County Jail
    6000 Woodlawn Street
    Aliquippa, PA  15001